**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
*ELECTRONICALLY FILED*

| | |
|---|---|
| REBECCA HINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-00092-JHM |
| | ) |
| LIFE INSURANCE COMPANY | ) |
| OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Rebecca Hinton and Defendant Life Insurance Company of North America (collectively the "Parties"), by and through counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties have reached a settlement in principle in this matter. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Fed. R. Civ. P. 41(a)(1)(A)(ii) compliant joint Stipulation of Dismissal.

**DATED: December 24, 2022.**

Respectfully submitted,

/*s/ Elizabeth A. Thornsbury*/
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

/s/ *David A. Calhoun* (with permission)
David A. Calhoun
Email: dcalhoun@wyattfirm.com
Mitzi D. Wyrick
Email: mitziwyrick@wyattfirm.com
**WYATT, TARRANT & COMBS, LLP**
400 West Market Street, Suite 2000
Louisville, Kentucky 40202-2898
Telephone: (502) 589-5235
Facsimile: (502) 589-0309
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **David A. Calhoun**
  dcalhoun@wyattfirm.com,sneely@wyattfirm.com
- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Mitzi Denise Wyrick**
  mitziwyrick@wyattfirm.com,lmattingly@wyattfirm.com

**Manual Notice List**

- No manual recipients

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY